IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald E. Davis, | : | |
| Plaintiff | : | Civil Action 2:08-cv-1135 |
| v. | : | Judge Sargus |
| Masterfoods USA, a Division of Mars USA, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : | |
| | : | |

**ORDER DISMISSING FOR WANT OF PROSECUTION**

Plaintiff has failed to respond to defendant Masterfoods USA's October 20, 2009 motion to dismiss the case pursuant to Rule 41, Fed. R. Civ. Pro. (doc. 18). He has also failed to respond to the Court's January 6, 2010 Order that he show cause why the case should not be dismissed for failure to prosecute. He has taken no action to prosecute this case within the past 180 days. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

2-1-2010

Edmund A. Sargus, Jr.
United States District Judge