AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONALD E. DAVIS,**

       **Plaintiff,**

                               **JUDGMENT IN A CIVIL CASE**

vs.

                             **CASE NO. C2-08-1135**
**MASTERFOODS USA,**               **JUDGE EDMUND A. SARGUS, JR.**
**A DIVISION OF MARS, USA,**       **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed February 1, 2010, JUDGMENT is hereby entered DISMISSING this case for want of prosecution.**

Date: February 1, 2010                           JAMES BONINI, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk